Judgment affirmed, with costs, no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

FREDERICKA HEHR, as Administratrix of the Estate of CHARLES HEHR, Deceased, Respondent, *v.* NATIONAL BEN FRANKLIN FIRE INSURANCE COMPANY et al., Appellants, Impleaded with Others.

*Insurance (fire) — liability for loss from explosion.*

*Hehr* v. *Nat. Ben Franklin Fire Ins. Co.*, 220 App. Div. 760, affirmed. (Argued October 14, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon policies of fire insurance for damage to premises from fire and an explosion of gas. The question was whether under the standard fire insurance contract of the State of New York, which provides: " Unless otherwise provided by agreement in writing added hereto, this company shall not be liable for loss and damage occurring * * * by explosion, or lightning, unless fire ensues, and, in that event, for loss or damage by fire only," the defendant insurance companies were liable for explosion damages.

*James M. H. Wallace, Cleveland Pond* and *Joseph Swart* for appellants.

*Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.